UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEE KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. FUENTES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-01386 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against Defendants at the Contra Costa County Jail in Martinez, California.[1] Dkt. No. 1. On May 4, 2023, the Clerk sent Plaintiff a Notice of Assignment of Prisoner Case to Magistrate Judge. Dkt. No. 5. On May 15, 2023, the Clerk sent Plaintiff a second notice informing him that he needed to pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 7. However, several items of court mail sent to Plaintiff were returned as undeliverable on May 22, 2023, May 25, 2023, and July 6, 2023, and stamped "Not in Custody." Dkt. Nos. 8, 9 and 12.

---

[1] This matter was reassigned to this Court on June 26, 2023. Dkt Nos. 10,11.

1    Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must
2 promptly file a notice of change of address while an action is pending.  *See* L.R. 3-11(a).
3 The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se*
4 party by the Court has been returned to the Court as not deliverable, and (2) the Court fails
5 to receive within sixty days of this return a written communication from the pro se party
6 indicating a current address.  *See* L.R. 3-11(b).

7    More than sixty days have passed since mail addressed to Plaintiff was first
8 returned as undeliverable on May 22, 2023, because he was not custody.  Dkt. No. 8.  The
9 Court has not received a notice from Plaintiff of a new address or any further
10 communication from him.  Accordingly, this action is **DISMISSED** without prejudice
11 pursuant to Local Rule 3-11 of the Northern District Local Rules.

12    **IT IS SO ORDERED.**
13 Dated:  ___July 27, 2023_____

                                                                    _____
                                                                    BETH LABSON FREEMAN
                                                                    United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.23\01386King_LR3-11dism

2