UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEE KING,<br><br>      Plaintiff,<br><br>    v.<br><br>J. FUENTES, et al.,<br><br>      Defendants. | Case No. 23-cv-01386 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ____July 27, 2023_____

                                          BETH LABSON FREEMAN
                                          United States District Judge

Judgment
PRO-SE\BLF\CR.23\01386King_judgment